## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:20-CV-00852-TPB-AEP

Plaintiff:
**Brian Davis**

vs.

Defendant:
**Allstate Insurance Company**

For:
Plaintiff's Attorney

Received by Sylvia's Process & Investigative services on the 23rd day of April, 2020 at 10:30 am to be served on **Allstate Insurance Company c/o Chief Financial Officer, 200 East Gaines Street, Tallahassee, FL 32399**.

I, Allen Pyke, do hereby affirm that on the **23rd day of April, 2020** at **1:00 pm, I:**

Served the **Chief Financial Officer** by delivering a true copy of the **Summons & Complaint** with the server's identification number, initials, date, and hour of service endorsed thereon by me on the copy served to: **Colby Nutting** as Agency Clerk for the Chief Financial Officer of the State of Florida, as the designated agent to accept service of process for and on behalf of the within named defendant **Allstate Insurance Company**, at **200 East Gaines Street, Tallahassee, FL 32399** and at the same time delivering into the hand of said Chief Financial Officer in its above mentioned official capacity the sum of $15.00 as provided by FS 48-161.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit. Notary not required pursuant to F.S. 92.525

_____
**Allen Pyke**
I.D.#82-2nd Circuit

Sylvia's Process & Investigative services
P.O. Box 49035
Tampa, FL 33646
(813) 966-6180

Our Job Serial Number: VPS-2020004000

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ▾

| | |
|---|---|
| BRIAN DAVIS <br><br> *Plaintiff(s)* <br> v. <br><br> ALLSTATE INSURANCE COMPANY <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 8:20-cv-852-T-60AEP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ALLSTATE INSURANCE COMPANY
c/o CHIEF FINANCIAL OFFICER
P O BOX 6200 (32314-6200)
200 E. GAINES ST
TALLAHASSEE, FL 32399-0000

*Allen Pyke* (signature)
**Allen Pyke**
Certified Process Server ID #82
Second Judicial Circuit of Florida
Date: 4/23/20   Time: 1:00 pm

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   Jason Imler, Esq
   Printy Law Firm
   3411 W. Fletcher Ave, Suite A, Tampa, Florida 33618
   (P): 813-434-0649
   (F): 813-423-6543
   jason.imler@printylawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Melanie Bowman* (signature)
Signature of Clerk or Deputy Clerk

Date: Apr 14, 2020