UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN DAVIS,

    Plaintiff,

v.                                                         Case No: 8:20-cv-852-T-60AEP

ALLSTATE INSURANCE COMPANY,

    Defendant.
_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **ALLSTATE INSURANCE COMPANY** in Tampa, Florida on the 19th day of May, 2020.

                                            ELIZABETH M. WARREN, CLERK

                                            s/<u>LDR, Deputy Clerk</u>

Copies furnished to:

Counsel of Record