


*20-000143623*

| | |
|---|---|
| BRIAN DAVIS | CASE #: 8:20-CV-852-T-60AEP<br>COURT: UNITED STATES DISTRICT COURT<br>COUNTY: MIDDLE |
| PLAINTIFF(S) | DFS-SOP #: 20-000143623 |

VS.

ALLSTATE INSURANCE COMPANY

DEFENDANT(S)
_____/

SUMMONS, COMPLAINT

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by PROCESS SERVER on Thursday, April 23, 2020 and a copy was forwarded by ELECTRONIC DELIVERY on Thursday, June 4, 2020 to the designated agent for the named entity as shown below.

ALLSTATE INSURANCE COMPANY
DONNA MOCH
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080

*Jimmy Patronis*
Jimmy Patronis
Chief Financial Officer

JASON W. IMLER
3411 W FLETCHER AVENUE
SUITE A
TAMPA, FL 33618

AJ1